IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES,                  )
NATIONAL STABILIZATION             )
AGREEMENT OF THE SHEET METAL     )
INDUSTRY FUND, *et al.*,               )
                                    )
            Plaintiff,              )        Civil Action No. 1:10-cv-753
                                    )
    v.                              )
                                    )
HILO SHEET METAL, INC.,             )
                                    )
            Defendant.              )

## ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Dkt. No.

7), and the Report and Recommendation of the Magistrate Judge recommending entry of default

judgment against Defendant Hilo Sheet Metal, Inc. (Dkt. No. 7). Hilo Sheet Metal, Inc. has not

filed any objections to the Report and Recommendation. Based on a *de novo* review of the

evidence in this case, the Court adopts the findings and recommendation of Magistrate Judge

Theresa Carroll Buchanan (Dkt. No. 14). Accordingly, it is hereby

ORDERED that a default judgment be entered in favor of the Plaintiffs,

Board of Trustees, National Stabilization Agreement of the Sheet Metal Industry Trust Fund,

Board of Trustees, International Training Institute for the Sheet Metal and Air Conditioning

Industry, Board of Trustees, Sheet Metal Workers' International Association Scholarship Fund,

Sheet Metal Occupational Health Institute Trust, and the National Energy Management Institute

Committee, collectively, against Defendant Hilo Sheet Metal, Inc. in the amount of $11,621.66

with interest accruing from the date of judgment until paid. Further, it is ORDERED (1) that

defendant file remittance reports, if not already filed, and make payments due, within twenty (20) days of the date of this Order, for all periods for which it is obligated until the expiration of the current collective bargaining agreement and extensions thereto and (2) that defendant, its officers, agents, servants, employees, attorneys, and all persons acting on their behalf or in conjunction with them are restrained and enjoined from refusing to file complete, proper, and timely remittance reports with accompanying contributions for all periods for which the defendant is obligated to do so under its current and future collective bargaining agreements.

Alexandria, Virginia
February 24, 2011

/s/

Liam O'Grady
United States District Judge